# STATEMENT IN
# SUPPORT OF PROBABLE CAUSE

IN RE:   Erli Hernan LAINEZ-Corea

I, Alejandro Miranda, declare and state as follows:

On or about February 03, 2021 the defendant Erli Hernan LAINEZ-Corea was apprehended near Hebbronville, Texas. After a brief interview it was determined that, Erli Hernan LAINEZ-Corea was an undocumented alien from Honduras and subsequently placed under arrest.  Further investigation revealed that Erli Hernan LAINEZ-Corea was previously REMOVED from the United States on 07/19/2018 at Alexandria, LA.  There is no record that Erli Hernan LAINEZ-Corea has applied for or received permission from the Attorney General or the Secretary of Homeland Security to re-enter the United States after deportation.

I declare (certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on 02/04/2021 at Laredo, Texas.

*Alejandro Miranda*

Alejandro Miranda
Border Patrol Agent
United States Border Patrol